UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-CR-83-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ALDRANARD J. BENNETT | ) | |
|     Defendant. | ) | |

The defendant's Motion to Withdraw Guilty Plea [DE-32] is DENIED for the reasons set forth in the Government's Response [DE-33].

SO ORDERED.

This 31st day of August, 2010.

                                                    JAMES C. FOX
                                                  Senior United States District Judge